# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUNTAY ARMSTEAD, | : | CIVIL ACTION NO. 3:12-CV-2452 |
| Plaintiff | : | (Magistrate Judge Blewitt) |
| v. | : | |
| EXECUTIVE CLEANING & SUPPLY, INC, *et al.*, | : | |
| Defendants | : | |

## ORDER AND JUDGMENT

**AND NOW,** this 17th day of **September, 2014**, based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

   1. Defendants' Summary Judgment Motion **(Doc. 24)** with respect to all of Plaintiff's claims in her Complaint **(Doc. 1)** is **GRANTED**.

   2. Judgment is entered in favor of Defendants Executive Cleaning & Supply, Inc., Scott Huston, Shannon Cara, and Lorraine Shenyo, and against Plaintiff Shauntay Armstead with respect to all of Plaintiff's claims.

   3. The Clerk of Court is directed to close this case.


                                                    **s/ Thomas M. Blewitt**
                                                    **THOMAS M. BLEWITT**
                                                    **United States Magistrate Judge**

**Dated: September 17, 2014**